**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. No. 01-62ML** |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |

**GOVERNMENT'S MOTION FOR CONTINUANCE TO ANSWER MOTION FOR RE-SENTENCING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby asks for an extension of time to answer Motion For Re-Sentencing for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATION**

On this 10th day of March 2008, I caused the within Government's Motion For Continuance To Answer Motion For Re-Sentencing, with accompanying memorandum in law, to be mailed regular mail, postage prepaid, to:

Alfred Elliott
Reg. No. 05017-070
Unit 5752
P.O. Box 2000
Fort Dix, New Jersey 08640

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 01-62ML
)
ALFRED ELLIOTT )

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR CONTINUANCE TO ANSWER MOTION FOR RE-SENTENCING**

The government asks for an extension of time until April 20, 2008 to answer defendant's motion for re-sentencing under the revised crack penalties. The government would like the additional time for the Court to determine whether defendant should have counsel. He had CJA counsel for trial. Also the government would like to get input from the Probation Department as to defendant's prison disciplinary record and what Probation's

sentencing calculations are. Even with the guideline reductions, Elliott would not be getting out until about August of 2010.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATION**

On this 10th day of March 2008, I caused the within Government's Motion For Continuance To Answer Motion For Re-Sentencing, with accompanying memorandum in law, to be mailed regular mail, postage prepaid, to:

Alfred Elliott
Reg. No. 05017-070
Unit 5752
P.O. Box 2000
Fort Dix, New Jersey 08640

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov