# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

United States of America
v.
Alfred Elliot

Case No: 1:01-CR-062-01ML
USM No: 05017-070

Date of Previous Judgment: February 8, 2002
(Use Date of Last Amended Judgment if Applicable)

Kevin Fitzgerald, Esq.
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of x the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months **is reduced to** 135 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 32
Criminal History Category: IV
Previous Guideline Range: 168 to 210 months

Amended Offense Level: 30
Criminal History Category: IV
Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

x The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served then the Sentence is reduced to a time served sentence

Except as provided above, all provisions of the judgment dated 2/8/02 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/5/08

Mary M. Lisi
Judge's signature

Effective Date: 5/5/08
(if different from order date)

Mary M. Lisi, Chief U.S. District Judge
Printed name and title